IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC. Docket #

| | |
|---|---|
| FOR THE MATER OF THE STATE OF NORTH CAROLINA SUBPOENA FOR U.S. PROBATION OFFICER PATRICK BRADSHAW ) ) ) | 3:10-mc-56 |

## ORDER

**THIS MATTER** is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer Patrick Bradshaw and the production of government records relating to probationer Tyler Quinn Reinhardt. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, **IT IS ORDERED** that U.S. Probation Officer Patrick Bradshaw not give any pretrial, presentence or supervision information/testimony or produce any probation record relating to Tyler Quinn Reinhardt unless summoner provides this Court sufficient written justification for the need of such information, and the court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

**IT IS SO ORDERED** this 27th day of April, 2010.

_____
Richard L. Voorhees
U.S. District Court Judge